# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV11-814-JST (MLGx) | Date | August 22, 2011 |
|---|---|---|---|
| Title | MOHAMMAD A. MAZED, etc. v. JPMORGAN CHASE BANK, N.A., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Nancy Boehme | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ivan M. Posey | Yunnie Y. Ahn |

**Proceedings:**   ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Cause called.  Hearing held.  Court and Counsel confer.  Matter submitted to the Court.

|  | 00 | : | 06 |
|---|---|---|---|
| Initials of Preparer | nkb | | |